**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1356**

———————————

JOHN B. SHELTON,

Plaintiff - Appellant,

versus

MICHAEL SHAMUS; PETER CAPELLI; CALVIN HARRIS,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert R. Merhige, Jr., Senior District Judge.  (CA-96-1030)

———————————

Submitted:  May 14, 1998          Decided:  May 27, 1998

———————————

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

John B. Shelton, Appellant Pro Se.  William Joe Hoppe, Senior Assistant City Attorney, Keith Allen May, CITY ATTORNEY'S OFFICE, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from a jury verdict finding in favor of the Defendants on his 42 U.S.C. § 1983 (1994) complaint in which he alleged that the Defendants, who are all police officers, assaulted him following a traffic stop and illegally searched the trunk of his car. We have reviewed the record and find no reversible error. Accordingly, we affirm the jury's verdict. Shelton v. Shamus, No. CA-96-1030 (E.D. Va. Feb. 10, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED